**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 27 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ELDONNA GILLESPIE, an individual, | No. 22-80128 |
| Plaintiff-Respondent, | D.C. No. 5:21-cv-02028-JGB-SHK Central District of California, Riverside |
| v. | |
| PERATON, INC., a Maryland corporation, | ORDER |
| Defendant-Appellant. | |

Before: CLIFTON and SANCHEZ, Circuit Judges.

The petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) (Docket Entry No. 1) is granted. Within 14 days after the date of this order, petitioner shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).

AB/MOATT